**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Carline DEMESYEUX, Defendant–Appellant.**

**No. 04–16107**
**Non–Argument Calendar.**
**D.C. Docket No. 04–00013–CR–4–SPM.**

United States Court of Appeals, Eleventh Circuit.

Sept. 14, 2005.

Chet Kaufman, William Rourk Clark, Jr., Randolph P. Murrell, Office of the Federal Public Defender, Tallahassee, FL, for Defendant–Appellant.

Terry Flynn, E. Bryan Wilson, U.S. Attorney's Office, N.D. of Florida, Tallahassee, FL, for Plaintiff–Appellee.

Before CARNES, HULL and MARCUS, Circuit Judges.

PER CURIAM.

Chet Kaufman, appointed appellate counsel for Carline Demesyeux in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the

---

relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is GRANTED, and Demesyeux's conviction and sentence are AFFIRMED.